# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>AMANDA S. DEBERRY,<br><br>　　　　　　　Defendant. | Case No. 23-CR-208-JPS<br><br>**ORDER** |

　　　　On November 14, 2023, the Grand Jury returned a single-count Indictment, charging Defendant with violating 18 U.S.C. §§ 1791(a)(1) and 1791(b)(4). ECF No. 1. On June 13, 2024, the parties filed a plea agreement, indicating that Defendant has agreed to plead guilty to the Indictment. ECF No. 19.

　　　　The parties appeared before Magistrate Judge Stephen C. Dries on June 25, 2024 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 21. Defendant entered a plea of guilty as to the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. *Id.*; ECF No. 22.

　　　　On June 25, 2024, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed

accordingly. *Id.* Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. ECF No. 22. To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries's recommendation and will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 22, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 16th day of July, 2024.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge